**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**CENTRA, INC.; Central Transport, Inc.; Central Cartage Company, Respondents.**

No. 95–5606.

United States Court of Appeals, Sixth Circuit.

June 13, 1995.

Before: WELLFORD, NELSON, and RYAN, Circuit Judges.

*CONSENT JUDGMENT*

This court having on January 17, 1992, entered its judgment enforcing the Board's decision and order issued in Board Case Nos. 8–CA–19212 and 8–CA–19282 against Respondent, Centra, Inc.; Central Transport, Inc.; and Central Cartage Company, its officers, agents, successors, and assigns, and the parties by a stipulation dated April 6, 1995, having consented to the entry of a consent judgment enforcing a supplemental Board order dated April 21, 1995, and the Board having applied to this court for the entry of a consent judgment, upon consideration of the application and stipulation:

It is hereby ORDERED and ADJUDGED by the court that the Respondent, Centra, Inc.; Central Transport, Inc.; and Central Cartage Company, its officers, agents, successors, and assigns, shall take the following affirmative action to effectuate the policies of the National Labor Relations Act, as amended:

(a) Make whole the following employees for loss of pay suffered by reason of the discrimination against them, by payment to them of the amounts set forth opposite their

respective names in the schedule that follows, by no later than the close of business Friday, May 5, 1995. If the amounts due are not paid on or before the date due, the full unpaid amount shall become immediately due and payable and the Board may, without further notice, institute proceedings against the Respondent for the collection of the full indebtedness remaining due, with the additional interest due on the entire unpaid balance from the date of default until full payment is received, computed in accordance with the formula set forth in *New Horizons for the Retarded, Inc.*, 283 NLRB 1173, 1987 WL 89652 (1987).

## SCHEDULE

| EMPLOYEE | BACKPAY | INTEREST | MEDICAL AND INTEREST | TOTAL |
|---|---|---|---|---|
| Bailey, Archer | $72,809.10 | $38,476.20 | $717.50 | $112,002.80 |
| Barta, Robert | $128,902.20 | $57,822.80 | $3,965.50 | $190,750.50 |
| Brewster, James | $65,614.49 | $31,292.42 | --0-- | $96,906.91 |
| Christine, Thomas | $117,665.40 | $62,137.80 | --0-- | $179,803.20 |
| Craig, Charles | $122,843.90 | $55,766.20 | --0-- | $178,610.10 |
| Fargo, James | $55,272.70 | $15,131.90 | $800.80 | $71,205.40 |
| Ford, Ken | $88,572.40 | $41,114.50 | --0-- | $129,686.90 |
| Gardner, Larry | $109,107.60 | $54,484.50 | --0-- | $163,592.10 |
| Glenn, Ken | $59,248.00 | $33,994.10 | $915.60 | $94,157.70 |
| Grabinski, Ron | $80,576.30 | $45,573.50 | $5,811.40 | $131,961.20 |
| Gruszczynski, Donald | $67,384.10 | $34,391.70 | $501.20 | $102,277.00 |
| Hennessey, John | $80,850.70 | $41,526.80 | --0-- | $122,377.50 |
| Henry, Greg | $104,406.40 | $45,733.80 | --0-- | $150,140.20 |
| Jedlinsky, Doug | $154,358.40 | $76,033.30 | $498.40 | $230,890.10 |
| Jolluck, Robert | $114,753.80 | $54,861.80 | --0-- | $169,615.60 |
| Kaurich, Nick | $48,480.60 | $28,110.60 | --0-- | $76,591.20 |
| Kinney, Clark | $102,622.00 | $48,254.70 | --0-- | $150,876.70 |
| Kelly, James | $52,300.50 | $27,244.70 | $1,517.60 | $81,062.80 |
| Kenyon, Dan | $71,869.70 | $34,395.20 | $10,175.20 | $116,440.10 |
| Miller, Richard | $83,363.70 | $41,302.80 | $1,387.40 | $126,053.90 |
| Mulroy, Jack | $89,632.20 | $44,404.50 | $8,798.30 | $142,835.00 |
| Murphy, Robert | $148,042.43 | $70,197.14 | --0-- | $218,239.57 |
| Myers, Ken | $123,804.00 | $62,100.60 | --0-- | $185,904.60 |
| Novosel, Ron | $58,781.80 | $25,932.20 | --0-- | $84,714.00 |
| Ochall, Michael | $110,884.90 | $52,023.30 | $1184.40 | $164,092.60 |
| Pepera, Ben | $115,639.95 | $55,950.57 | --0-- | $171,590.52 |
| Peters, Barry | $114,728.60 | $58,963.10 | --0-- | $173,691.70 |
| Poczontek, Robert | $160,420.20 | $79,861.20 | --0-- | $240,281.40 |
| Prince, Joseph | $134,554.70 | $56,851.90 | $1523.90 | $192,930.50 |
| Starcovic, Joseph | $113,158.50 | $61,847.80 | $14,702.80 | $189,709.10 |
| Turchanik, Doug | $89,197.50 | $54,194.70 | $163.10 | $143,555.30 |
| Yeaman, Roger | $136,225.80 | $69,326.40 | --0-- | $205,552.20 |
| Anaia, David | $207.20 | $170.10-- | --0-- | $377.30 |
| Anderson, Raymond | $8,332.80 | $6,148.80 | --0-- | $14,481.60 |
| Blankenship, Earl | $7,091.00 | $5,252.10 | --0-- | $12,343.10 |
| Bridegum, Kevin | $6,601.70 | $4,869.90 | --0-- | $11,471.60 |
| Brodnik, Richard | $1403.50 | $945.00 | --0-- | $2,348.50 |
| Carrado, George | $7,369.60 | $5,412.40 | --0-- | $12,782.00 |
| Clark, Arthur | $5,713.40 | $4,111.80 | --0-- | $9,824.80 |
| Gaino, James | $9,592.10 | $7,081.90 | --0-- | $16,674.00 |
| Garofolo, Raymond | $8,254.40 | $6,101.90 | --0-- | $14,356.30 |
| Godsey, Allan | $8,365.70 | $6,171.20 | --0-- | $14,536.90 |
| Graves, Terry | $8,005.90 | $5,837.30 | --0-- | $13,843.20 |
| Jameson, Alan | $9,177.00 | $6,776.90 | --0-- | $15,953.90 |
| Kinney, David | $7,956.20 | $5,758.90 | --0-- | $13,715.10 |
| Klaich, George | $7,880.60 | $5,779.20 | --0-- | $13,659.80 |
| McNamara, Thomas | $1,453.90 | $1,172.50 | --0-- | $2,626.40 |

| EMPLOYEE | BACKPAY | INTEREST | MEDICAL AND INTEREST | TOTAL |
|---|---|---|---|---|
| Miske, Joseph | $9,680.30 | $7,072.10 | –0– | $16,752.40 |
| Podlich, Clayton | $7,091.00 | $5252.10 | –0– | $12,343.10 |
| Quirino, Erasmo | $8,137.50 | $5,986.40 | –0– | $14,123.90 |
| Palko, William | $1,402.80 | $945.00 | –0– | $2,347.80 |
| Ross, David | $7,931.70 | $5,859.00 | –0– | $13,790.70 |
| Schmidt, Stephen | $6,844.60 | $5,117.00 | –0– | $11,961.60 |
| Swank, Barry | $9,062.90 | $6,511.40 | –0– | $15,574.30 |
| Townson, Mark | $8,805.30 | $6,427.40 | –0– | $15,232.70 |
| Uhl, John | $8,541.40 | $6,241.90 | –0– | $14,783.30 |
| Bell, Francis | $9,039.80 | $6,561.80 | –0– | $15,601.60 |
| Kubb, Karl | $5,891.90 | $4,503.80 | –0– | $10,395.70 |